**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13

Lorrie Thorne
    DEBTOR : BKY. NO. 18-10926JKF13

**MOTION TO MODIFY DEBTOR'S**
**CHAPTER 13 PLAN AFTER CONFIRMATION**

1. Debtor filed for protection under Chapter 13 on February 9, 2018.

2. The Chapter 13 plan was confirmed August 29, 2018.

3. Debtor's base amount is $ 41,530 with monthly payments of $ 696.

4. Debtor has been adversely affected financially by the pandemic and seek relief under the bankruptcy relief provisions of the Cares Act.

5. Debtor was a part-time teachers assistant and her non-filing spouse was a driver for Uber. She is unemployed and his income has been limited.

6. Debtor seeks to extend the plan to 7-years from filing.

7. Debtor has separately filed a modified plan as follows;

    $ 15,802 total through April 2020.
    $ 458 per month for 58 months
    $ 42,366 ( 84 total)

8. Attached are amended schedules I and J supporting the motion.

9. Unsecured creditors are not adversely affected as the supplemental attorney fees and adjusted trustee commission were factored into the new base amount.

WHEREFORE, Debtor prays that the Motion to Modify Plan be approved.

Respectfully submitted,

Date: April 20, 2020     _____S/_____
MICHAEL A. CATALDO, ESQUIRE
CIBIK & CATALDO, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA 19102