**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 18-10926-amc |
| Lorrie-Ann D. Thorne, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to**
**Reconsider Order Granting Relief from Stay**

**AND NOW**, upon consideration of the Debtor's Motion to Reconsider Order Granting Relief from Stay, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order of January 25, 2023, ECF No. 63, is **VACATED**.

3. The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is **REINSTATED** to prohibit Carrington Mortgage Services LLC as Servicer for Bank of America N.A., or its successors, if any, from proceeding with its rights under its loan documents for the property located at 6717 Haverford Avenue, Philadelphia, PA 19151.

4. Rule 4001(a)(3) is applicable to Carrington Mortgage Services LLC as Servicer for Bank of America N.A.

Date:
**Date: March 2, 2023**

_____
Ashely M. Chan
U.S. Bankruptcy Judge