**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lorrie-Ann D, Thorne            CHAPTER 13
                Debtor(s)

BKY. NO. 18-10926 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of BANK OF AMERICA, NA and index same on the master mailing list.

                    Respectfully submitted,

                    /s/ Michael Farrington
                    Michael Farrington
                    16 Mar 2023, 17:59:42, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322