Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 18-10926-AMC**

LORRIE-ANN D THORNE  
6717 HAVERFORD AVENUE  
PHILADELPHIA  PA    19151

Petition Filed Date: 02/09/2018  
341 Hearing Date: 04/06/2018  
Confirmation Date: 08/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $258.00 | | 08/15/2022 | $200.00 | | 09/27/2022 | $305.00 | |
| 10/14/2022 | $305.00 | | 10/25/2022 | $200.00 | | 11/09/2022 | $258.00 | |
| 12/07/2022 | $258.00 | | 12/20/2022 | $200.00 | | 01/17/2023 | $458.00 | |
| 02/14/2023 | $258.00 | | 02/28/2023 | $200.00 | | 03/23/2023 | $258.00 | |
| 04/07/2023 | $200.00 | | 04/25/2023 | $458.00 | | 05/08/2023 | $258.00 | |
| 05/25/2023 | $220.00 | | 06/08/2023 | $258.00 | | 07/06/2023 | $258.00 | |
| 07/19/2023 | $200.00 | | | | | | | |

**Total Receipts for the Period: $5,010.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 001 | Mortgage Arrears | $32,946.79 | $24,642.89 | $8,303.90 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 002 | Unsecured Creditors | $271.06 | $0.00 | $271.06 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $773.90 | $578.84 | $195.06 |
| 4 | CIBIK LAW, PC<br>»» 004 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

Chapter 13 Case No. 18-10926-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,720.00 | Current Monthly Payment: | $458.00 |
| Paid to Claims: | $29,971.73 | Arrearages: | $944.00 |
| Paid to Trustee: | $2,748.27 | Total Plan Base: | $42,452.51 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.