# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lorrie-Ann D. Thorne<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　　　　　　Movant<br>　　vs.<br>Lorrie-Ann D. Thorne<br>　　　　　　　　　　Debtor(s) | NO. 18-10926 AMC |
| Scott F. Waterman<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Mark A. Cronin , Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of BANK OF AMERICA, N.A. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on December 7, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Lorrie-Ann D. Thorne
6717 Haverford Avenue
Philadelphia, PA 19151

Attorney for Debtor(s)
Michael A. Cibik2, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
**VIA ECF**

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: December 7, 2023

/s/ Mark A. Cronin , Esq.
_____
Mark A. Cronin, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant