**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lorrie-Ann D. Thorne <u>Debtor(s)</u> | CHAPTER 13<br>BK NO: 18-10926 AMC |
| BANK OF AMERICA, N.A. <u>Movant</u><br>v.<br>Lorrie-Ann D. Thorne <u>Debtor(s)</u><br>Scott F. Waterman <u>Trustee</u> | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on <u>December 22, 2023</u>, a copy of the above Certificate of No Objection filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
VIA ECF

Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Lorrie-Ann D. Thorne
6717 Haverford Avenue
Philadelphia, PA 19151

Method of Service:     Mail <u>first class</u>; Specify if other:

Date: <u>December 22, 2023</u>

/s/ Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com