# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## PRAECIPE TO WITHDRAW AND SUBSTITUTE

Effective March 15, 2024, I will no longer be associated with the law firm of KML Law Group, P.C. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Denise Carlon, Esq., of KML Law Group, P.C. in my place.

Dated: 3/14/2024

Respectfully submitted,

KML Law Group, P.C.

By:   /s/Mark Cronin, Esq.
Mark Cronin, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Denise Carlon, Esq.

Dated: 3/14/2024

Respectfully submitted,

KML Law Group, P.C.

By:   /s/Denise Carlon, Esq.
Denise Carlon, Esquire
KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532