United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10926-amc |
| Lorrie-Ann D. Thorne | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

**Recip ID         Recipient Name and Address**
db           +  Lorrie-Ann D. Thorne, 6717 Haverford Avenue, Philadelphia, PA 19151-3624

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

**Name                    Email Address**

CHRISTOPHER A. DENARDO
     on behalf of Creditor Carrington Mortgage Services  LLC, et al. logsecf@logs.com

KEVIN S. FRANKEL
     on behalf of Creditor Carrington Mortgage Services  LLC, et al. pa-bk@logs.com

KRISTEN D. LITTLE
     on behalf of Creditor Carrington Mortgage Services  LLC, et al. KRLITTLE@FIRSTAM.COM

MARK A. CRONIN
     on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MICHAEL A. CIBIK
     on behalf of Debtor Lorrie-Ann D. Thorne help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 1

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Lorrie-Ann D. Thorne <u>Debtor(s)</u> | CHAPTER 13 |
| BANK OF AMERICA, N.A. <u>Movant</u> vs. | NO. 18-10926 AMC |
| Lorrie-Ann D. Thorne <u>Debtor(s)</u> | |
| Scott F. Waterman <u>Trustee</u> | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. As of February 8, 2024, the post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$2,437.15.** Post-petition funds received after February 8, 2024, will be applied per the terms of this stipulation as outlined here. The arrearage breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2023 through February 2024 at $911.49/month |
| Suspense Balance: | ($297.32) |
| **Total Post-Petition Arrears** | **$2,437.15** |

2. Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on March 2024 and continuing through August 2024, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$911.49** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$406.20 for March 2024 through July 2024 and $406.15 for August 2024** towards the arrearages on or before the last day of each month at the address below;

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

      b). Maintenance of current monthly mortgage payments to the Movant thereafter.

      3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

      4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

      5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

      6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

      7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

      8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature

Date:   February 19, 2024

                                                        **/s/ Mark A. Cronin, Esquire**
                                                        Mark A. Cronin, Esquire
                                                        Attorney for Movant

Date: 3/7/2024                             */s/ Mike Assad, Esquire*
                                                        Mike Assad, Esq.
                                                        Attorney for Debtor(s)

Date: 3/12/2024                           */s/ Ann E. Swartz, Esq for*
                                                        Scott F. Waterman, Esquire
                                                        Chapter 13 Trustee

Approved by the Court this 14th day of March, 2024. However, the court retains discretion regarding entry of any further order.

                                                        Bankruptcy Judge
                                                        Ashely M. Chan