| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 18-10926-AMC

LORRIE-ANN D THORNE
6717 HAVERFORD AVENUE
PHILADELPHIA  PA   19151

Petition Filed Date: 02/09/2018
341 Hearing Date: 04/06/2018
Confirmation Date: 08/29/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $260.00 | | 08/22/2023 | $200.00 | | 09/20/2023 | $260.00 | |
| 10/03/2023 | $300.00 | | 10/18/2023 | $458.00 | | 10/31/2023 | $840.00 | |
| 11/22/2023 | $258.00 | | 12/11/2023 | $200.00 | | 01/23/2024 | $200.00 | |
| 02/06/2024 | $258.00 | | 02/22/2024 | $200.00 | | 03/15/2024 | $916.00 | |
| 04/04/2024 | $258.00 | | 04/17/2024 | $200.00 | | 05/28/2024 | $258.00 | |
| 06/10/2024 | $200.00 | | 07/09/2024 | $258.00 | | | | |

**Total Receipts for the Period:  $5,524.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $38,444.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 001 | Mortgage Arrears | $32,946.79 | $29,683.29 | $3,263.50 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 002 | Unsecured Creditors | $271.06 | $0.00 | $271.06 |
| 3 | CITY OF PHILADELPHIA (LD)<br>»» 003 | Secured Creditors | $773.90 | $697.24 | $76.66 |
| 4 | CIBIK LAW, PC<br>»» 004 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $750.00 | $750.00 | $0.00 |

**Chapter 13 Case No. 18-10926-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,444.00 | Current Monthly Payment: | $458.00 |
| Paid to Claims: | $35,130.53 | Arrearages: | $1,174.00 |
| Paid to Trustee: | $3,313.47 | Total Plan Base: | $42,452.51 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.