UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    LORRIE-ANN D THORNE<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 18-10926-AMC |

## CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 12th day of November, 2024 by first class mail upon those listed below:

LORRIE-ANN D THORNE
6717 HAVERFORD AVENUE
PHILADELPHIA, PA 19151

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee