Certificate Number: 16339-PAE-DE-039491073

Bankruptcy Case Number: 18-10926



16339-PAE-DE-039491073

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 27, 2025, at 8:07 o'clock PM EDT, Lorrie-ann Thorne completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 27, 2025              By:  /s/Kelley Tipton

                                   Name:  Kelley Tipton

                                   Title:  Certified Financial Counselor