United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10926-amc |
| Lorrie-Ann D. Thorne | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 11, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorrie-Ann D. Thorne, 6717 Haverford Avenue, Philadelphia, PA 19151-3624 |
| 14765985 | + | BANK OF AMERICA, N.A., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14054146 | + | Central Credit Services, LLC, PO Box 1259, Oaks, PA 19456-1259 |
| 14054153 | | Frederick Reigle, Esquire, Chapter 13 Trustee, 2901 St. Lawrence Avenue, P.O. Box 4010, Reading, PA 19606-0410 |
| 14054155 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14054158 | + | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 14054160 | + | Univ. of PA Hospital, P.O. Box 7777-W9615, Philadelphia, PA 19175-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 12 2025 01:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2025 01:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14765889 | ^ | MEBN | Apr 12 2025 01:06:34 | BANK OF AMERICA, NA, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14054143 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2025 01:08:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, PO Box 5170, Simi Valley, CA 93062-5170 |
| 14063279 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 12 2025 01:08:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road,, Anaheim, CA 92806 |
| 14054145 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 12 2025 01:08:00 | Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806 |
| 14054149 | | Email/Text: megan.harper@phila.gov | Apr 12 2025 01:08:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14054150 | | Email/Text: megan.harper@phila.gov | Apr 12 2025 01:08:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14054144 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2025 01:13:25 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14054147 | + | Email/Text: ecf@ccpclaw.com | Apr 12 2025 01:08:00 | Cibik and Cataldo, P.C., 1500 Walnut St., Suite 900, Philadelphia, PA 19102-3518 |

Case 18-10926-amc   Doc 107   Filed 04/13/25   Entered 04/14/25 00:30:11   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14054151 | | Email/Text: bankruptcycourts@equifax.com | Apr 12 2025 01:08:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14054152 | ^ | MEBN | Apr 12 2025 01:06:26 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14054154 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 12 2025 01:08:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14054157 | ^ | MEBN | Apr 12 2025 01:06:37 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14072717 | ^ | MEBN | Apr 12 2025 01:06:37 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14054156 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 12 2025 01:08:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14054159 | | Email/Text: DASPUBREC@transunion.com | Apr 12 2025 01:08:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14054148 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14200178 | ##+ | Carrington Mortgage Services, LLC, et al., c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Carrington Mortgage Services LLC, et al. logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Carrington Mortgage Services LLC, et al. pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor Carrington Mortgage Services LLC, et al. KRLITTLE@FIRSTAM.COM |
| MICHAEL A. CIBIK | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2025 | Form ID: 138OBJ | Total Noticed: 24 |

        on behalf of Debtor Lorrie-Ann D. Thorne help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

POLLY A. LANGDON
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 106 − 100

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Lorrie−Ann D. Thorne )  Case No. 18−10926−amc
)
)
Debtor(s). )  Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 11, 2025                                        For The Court

Timothy B. McGrath
Clerk of Court