**Fill in this information to identify the case:**

Debtor 1    Lorrie-Ann D. Thorne
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   18-10926 AMC

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 7318

**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

☐ No
☒ Yes.  Date of the last notice: 08 / 13 / 2020

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees - MFR | 01/03/2023 | (3) $ 850.00 |
| 4. Filing fees and court costs - MFR | 01/03/2023 | (4) $ 188.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Title Search | 02/07/23 | (11) $ 325.00 |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Lorrie-Ann D. Thorne                                         Case number (*if known*) 18-10926 AMC
          First Name   Middle Name   Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗  /s/ Mark A. Cronin                              Date  05/30/2023
   Signature

Print:   Mark A. Cronin                            Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company  KML Law Group, P.C.

Address  701            Market Street, Suite 5000
         Number         Street

         Philadelphia,          PA           19106
         City                   State        Zip Code

Contact phone  (215)627–1322                       Email  @kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lorrie-Ann D. Thorne**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 18-10926 AMC** |
| **BANK OF AMERICA, N.A.**<br>　　　　　　　　　　**Movant**<br>　　vs.<br>**Lorrie-Ann D. Thorne**<br>　　　　　　　　　　**Debtor(s)**<br>**Scott F. Waterman**,<br>　　　　　　　　　　**Trustee** | **Chapter 13**<br><br>**Related to Claim No. 1-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Mark A. Cronin of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 31, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Lorrie-Ann D. Thorne
6717 Haverford Avenue
Philadelphia, PA 19151

Attorney for Debtor(s) (via ECF)
Michael A. Cibik2, Esq.
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Trustee (via ECF)
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first-class mail.

Dated: May 31, 2023

　　　　　　　　　　　　　　　　　　　　　　*/s/ Mark A. Cronin*
　　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 58240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com